# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 101 WAL 2017 |
|---|---|---|
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ALEXIS POPIELARCHECK, | : | |
| | : | |
| Respondent | : | |

## ORDER

PER CURIAM

    **AND NOW**, this 29th day of August, 2017, the Petition for Allowance of Appeal is

**GRANTED** with respect to the following issue:

> When a sentencing court sentences a DUI offender in need of further treatment to County Intermediate Punishment pursuant to 42 Pa.C.S. § 9763, is the sentencing court required to impose a mandatory maximum sentence pursuant to 75 Pa.C.S. § 3804(d)?